IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JACQUELINE M. URIBE                                            PLAINTIFF

      v.                    Civil No. 13-5141

DR. FORT; NURSE BRANSON;
NURSE CALDWELL; NURSE RINER;
NURSE SANDERS; NURSE
ARBUCKLE; All Employed by Corizon, Inc. and
working at Northwest Arkansas Community
Correction Center; and MS. PHILLIPS                           DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  Plaintiff proceeds *pro se* and *in forma pauperis*.

On July 12, 2013, Plaintiff was ordered (Doc. 3) to file an amended complaint by July 29th.  Twice, she requested and was granted extensions of time (Docs. 7 & 9).  The last extension of time gave Plaintiff until September 20, 2013, to file her amended complaint. Plaintiff was advised that she was not required to put case citations or legal arguments in the complaint.  Instead, she was required to simply state how she believes each named Defendant violated her federal constitutional rights. Plaintiff has not filed the amended complaint.

On October 3, 2013, a show cause order was entered (Doc. 10).  Plaintiff was given until October 18, 2013, to show cause why this case should not be dismissed based on her failure to obey the orders of the Court and her failure to prosecute this action.  Plaintiff has not responded to the show cause order.  She has not requested an extension of time to do so.  Plaintiff has not communicated with the Court.  No mail has been returned as undeliverable.

-1-

I therefore recommend that this case be dismissed with prejudice. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 22nd day of October 2013.

/s/ *J. Marschewski*

 HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)