```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**JACQUELINE M. URIBE**                                              PLAINTIFF

        v.        Civil No. 13-5141

**DR. FORT; NURSE BRANSON;
NURSE CALDWELL; NURSE RINER;
NURSE SANDERS; NURSE ARBUCKLE;**
All Employed by Corizon, Inc.
and Working at Northwest
Arkansas Community Correction
Center; and **MS. PHILLIPS**                                         DEFENDANTS

### O R D E R

Now on this 4th day of December, 2013, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #11), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                  /s/ Jimm Larry Hendren
                                  JIMM LARRY HENDREN
                                  UNITED STATES DISTRICT JUDGE